

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of E.N., K.N., and M.N., Children

No. 06-18-00019-CV

Appeal from the County Court at Law of Lamar County, Texas (Tr. Ct. No. 85964). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was error in the judgment of the court below. Therefore, because the County Court at Law of Lamar County was without jurisdiction to enter the parental-rights termination order, we vacate the order and dismiss the case.

Payment of all costs of this appeal is waived pursuant to Section 40.062 of the Texas Human Resources Code. *See* TEX. HUM. RES. CODE ANN. § 40.062 (West Supp. 2018).

RENDERED JULY 12, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk